Certiorari dismissed, March 19, 2012

**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 11-1913**

_____

DEREK N. JARVIS,

              Plaintiff - Appellant,

        v.

ANALYTICAL LABORATORY SERVICES, INCORPORATED,

              Defendant - Appellee.

_____

Appeal from the United States District Court for the District of Maryland, at Greenbelt.  Alexander Williams, Jr., District Judge.  (8:10-cv-01540-RWT)

_____

Submitted:  December 20, 2011      Decided:  December 22, 2011

_____

Before MOTZ, DUNCAN, and DIAZ, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Derek N. Jarvis, Appellant Pro Se.  Charles Grant Byrd, Jr., ALSTON & BYRD, Baltimore, Maryland, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Derek N. Jarvis appeals the district court's order granting summary judgment to Analytical Laboratory Services, Inc., in Jarvis' employment discrimination action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Jarvis v. Analytical Lab. Servs., No. 8:10-cv-01540-RWT (D. Md. Aug. 22, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED